IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARRAR GARNETT,<br>　　　　Petitioner,<br>　vs.<br>STATE OF CALIFORNIA,<br>　　　　Respondent. | No. C 11-3016 JSW (PR)<br><br>**ORDER OF TRANSFER** |

  Petitioner is a state prisoner currently incarcerated at Salinas Valley State Prison. He has filed a pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254 challenging a conviction obtained in Los Angeles County. Salinas Valley State Prison a is located within the venue of this Court, but Los Angeles lies within the venue of the United States District Court for the Central District of California. *See* 28 U.S.C. § 84.

  A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *Id.* Federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. *Dannenberg v. Ingle*, 831 F. Supp. 767, 768 (N.D. Cal. 1993); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968).

  As Petitioner was convicted and in the Central District, this action is TRANSFERRED to the United States District Court for the Central District of

California.  *See* 28 U.S.C. § 1406(a).

      The Clerk of the Court shall transfer this matter forthwith.

      IT IS SO ORDERED.

DATED: June 30, 2011

*[signature: Jeffrey S. White]*
JEFFREY S. WHITE
United States District Judge

|   |   |   |
|---|---|---|
| 1 | UNITED STATES DISTRICT COURT | |
| 2 | FOR THE | |
| 3 | NORTHERN DISTRICT OF CALIFORNIA | |

FARRAR GARNETT,

        Plaintiff,

  v.

PEOPLE OF THE STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV11-03016 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 30, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Farrar Garnett
S.V.S.P.
P.O. Box 1050
K09966
Soledad, CA 93960

Dated: June 30, 2011

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk