JS-6 / ENTERED

FILED - SOUTHERN DIVISION
CLERK, U.S DISTRICT COURT

DEC - 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

FARRAR GARNETT,                        ) Case No. CV 11-5536-ODW(JPR)
                                       )
                    Petitioner,        )
                                       )        J U D G M E N T
             vs.                       )
                                       )
PEOPLE OF THE STATE OF                 )
CALIFORNIA et al.,                     )
                                       )
                    Respondent.        )

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: _12-8-2011_

_____
OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

DEC - 9 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1