JS-6 / ENTERED

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FARRAR GARNETT,                ) Case No. CV 11-5536-ODW(JPR)
                               )
           Petitioner,         )
                               )     J U D G M E N T
      vs.                      )
                               )
PEOPLE OF THE STATE OF         )
CALIFORNIA et al.,             )
                               )
           Respondent.         )

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 12-8-2011

OTIS D. WRIGHT
UNITED STATES DISTRICT JUDGE



1